[No. 13834–4–II.   Division Two.   January 23, 1991.]

JON W. STREEPY, *Appellant,* v. THE CITY
OF BUCKLEY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 88–2–03338–8, Donald H. Thompson, J.,

entered March 23, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander and Morgan, JJ.